UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINA PEARCE,

Case No. 10-11343

       Plaintiff,

Honorable John Corbett O'Meara

v.

CHASE HOME FINANCE, L.L.C.,

       Defendant.

                                               /

## ORDER OF PARTIAL DISMISSAL

Plaintiff Christina Pearce file a thirteen-count complaint in this court alleging, among other things, violations of the Real Estate Settlement Procedures Act in Count I and violations of the Fair Debt Collections Practices Act in Count VII. The complaint also alleges claims for equitable relief, breach of contract, violations of Michigan's foreclosure law, violations of the Michigan Consumer Protection Act, intentional infliction of emotional distress, negligence, negligence *per se*, statutory libel, and violations of the Michigan Occupational Code. Although Plaintiff's federal causes of action are cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations present claims based solely on state law. This court declines to exercise supplemental jurisdiction over Plaintiff's state law claims in order to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); and Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

Accordingly, it is hereby **ORDERED** that Counts II, III, IV, V, VI, VIII, IX, X, XI, XII, and

XV[1] are **DISMISSED.**

s/John Corbett O'Meara
United States District Judge

Date: May 13, 2010

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, May 13, 2010, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager

[1]Due to a numbering error in the complaint, there is no Count XIII alleged.